NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: KHALID AKIL WHITE, DBA BLKMPWR,**
*Appellant*

---

2018-1242

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 86644303.

---

**JUDGMENT**

---

HERBERT THEODORE PATTY, The Law Office of Herbert T. Patty, San Jose, CA, argued for appellant.

CHRISTINA J. HIEBER, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu. Also represented by THOMAS W. KRAUSE, THOMAS L. CASAGRANDE, MARY BETH WALKER, ERICA JEUNG DICKEY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, MOORE, and WALLACH, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


January 16, 2019      /s/ Peter R. Marksteiner
Date      Peter R. Marksteiner
     Clerk of Court